STATE of Missouri, Respondent,

v.

Joseph GRUBB, Appellant.

No. WD 61532.

Missouri Court of Appeals, Western District.

March 23, 2004.

Nancy A. McKerrow, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Joseph Grubb appeals his convictions and sentences on three counts of first degree statutory sodomy, section 566.062.1, RSMo 2000, on the ground that he should not have been sentenced as a prior offender based on a previous military court-martial conviction. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).